1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   KEITH NEAL,                              CASE   NO.   1:11-cv-00795-AWI-MJS   PC

10              Plaintiff,

                                            ORDER DENYING MOTION TO
11      v.                                   SUPPLEMENT THE COMPLAINT

12   CALIFORNIA DEPARTMENT OF                (ECF No. 14)
     CORRECTIONS, et al.,
13
                Defendants.
14   _____/

15
16          Plaintiff Keith Neal ("Plaintiff"), a state prisoner proceeding pro se and in forma

17   pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 6, 2011.

18          On June 13, 2011, Plaintiff submitted a declaration to the Court in support of his

     complaint. (ECF No. 14.)  It appears that Plaintiff wishes to supplement his complaint with
19
     this declaration.
20
            Amended pleadings must be complete within themselves without reference to
21
22   another pleading, and therefore, partial amendments are not permissible.  Local Rule 220.

23          For these reasons, Plaintiff's motion is HEREBY ORDERED DENIED.

24
25
26
     IT IS SO ORDERED.
27
     Dated:    January 13, 2012          _____/s/ _Michael J. Seng_____
28                                        UNITED STATES MAGISTRATE JUDGE

                                            1