UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH NEAL,<br><br>            Plaintiff,<br><br>     v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>            Defendants. | CASE NO. 1:11-cv-00795-AWI-MJS PC<br><br>ORDER DENYING MOTION TO SUPPLEMENT THE COMPLAINT<br><br>(ECF No. 14) |

Plaintiff Keith Neal ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 6, 2011.

On June 13, 2011, Plaintiff submitted a declaration to the Court in support of his complaint. (ECF No. 14.) It appears that Plaintiff wishes to supplement his complaint with this declaration.

Amended pleadings must be complete within themselves without reference to another pleading, and therefore, partial amendments are not permissible. Local Rule 220.

For these reasons, Plaintiff's motion is HEREBY ORDERED DENIED.

IT IS SO ORDERED.

Dated:    January 13, 2012              /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE

1